﻿Citation Nr: AXXXXXXXX
Decision Date: 05/20/19 Archive Date: 05/20/19

DOCKET NO. 190204-2266
DATE: May 20, 2019

REMANDED

Entitlement to service connection for bilateral lower extremity radiculopathy is remanded.

REASONS FOR REMAND

The Veteran had active duty service in the United States Air Force from November 1978 to January 2001.

Entitlement to service connection for bilateral lower extremity radiculopathy is remanded.

The Veteran was afforded a VA examination for his back in July 2017. The examiner rendered a diagnosis of bilateral lower extremity radiculopathy and stated, “lumbar strain is not a recognized cause of radiculopathy.” This examination report is incomplete as the examiner did not address whether the Veteran’s lumbar strain at least as likely as not aggravates his bilateral lower extremity radiculopathy. As such, a remand is necessary.

The matter is REMANDED for the following action:

1. Obtain an addendum from an appropriate clinician regarding the Veteran’s bilateral lower extremity radiculopathy.

The examiner is asked to opine whether the Veteran’s bilateral lower extremity radiculopathy is at least as likely as not aggravated by his service-connected lumbar strain.

A complete rationale for any opinion rendered must be provided.

 

H.M. WALKER

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Martha R. Luboch, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.